UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

In Re:                                    §
                                          §
JUSTIN LIGERI                             §        Case No. 2:20-bk-13051-DPC
                                          §
                    Debtor                §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/04/2020.   The undersigned trustee was appointed on 12/04/2020.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                $     290,000.00

                    Funds were disbursed in the following amounts:

                    Payments made under an interim                     0.00
                    disbursement
                    Administrative expenses                            0.00
                    Bank service fees                              1,375.04
                    Other payments to creditors                        0.00
                    Non-estate funds paid to 3rd Parties          0.00
                    Exemptions paid to the debtor                      0.00
                    Other payments to the debtor                       0.00

                    Leaving a balance on hand of[1]     $       288,624.96

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/17/2021 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $17,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $17,750.00, for a total compensation of $17,750.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $73.30, for total expenses of $73.30[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:05/13/2022_____ By:/s/BRIAN J. MULLEN_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 20-13051 | DPC | Judge: | Daniel P. Collins | Trustee Name: | BRIAN J. MULLEN |
|---|---|---|---|---|---|---|
| Case Name: | JUSTIN LIGERI | | | | Date Filed (f) or Converted (c): | 12/04/2020 (f) |
| | | | | | 341(a) Meeting Date: | 01/11/2021 |
| For Period Ending: | 05/13/2022 | | | | Claims Bar Date: | 05/17/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  CLOTHING | 1,500.00 | 0.00 | | 0.00 | FA |
| 2.  FINANCAIL ACCOUNTS | 6,521.54 | 0.00 | | 0.00 | FA |
| 3.  KANGAROO MANUFACTURING, INC | 0.00 | 170,000.00 | | 170,000.00 | FA |
| 4.  YAGOOZON INC | 0.00 | 0.00 | | 0.00 | FA |
| 5.  PENNIES2PLATINUM BUSINESS SOLUTIONS INC | 0.00 | 0.00 | | 0.00 | FA |
| 6.  CHEYENNE BRANDS HOLDING LLC | Unknown | 25,000.00 | | 120,000.00 | FA |
| 7.  JACKSON HOLE ARTS & DESIGN LLC | Unknown | Unknown | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $8,021.54 | $195,000.00 | | $290,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

July 15, 2021 Trustee and counsel are investigating certain transfers made by the debtor
in re: to the entities that the debtor has listed in his schedules to determine if they were fraudulent and or preferential.
Trustee has moved to sell/settle certain state court litigation. There has been an objection to
that motion which is currently pending. The trustee anticipates that he may file a criminal referral in this case
based on the debtor's conduct prior to and during this case.

| RE PROP # | 3 | -- | Filed bankruptcy 6/16/20 |
|---|---|---|---|
| RE PROP # | 4 | -- | Filed bankruptcy 9/25/18 |
| RE PROP # | 5 | -- | Filed bankruptcy 9/20/18 |

Initial Projected Date of Final Report (TFR): 05/27/2022        Current Projected Date of Final Report (TFR): 05/27/2022

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 20-13051
Case Name: JUSTIN LIGERI

Taxpayer ID No: XX-XXX9798
For Period Ending: 05/13/2022

Trustee Name: BRIAN J. MULLEN
Bank Name: Axos Bank
Account Number/CD#: XXXXXX2580
Checking
Blanket Bond (per case limit): $52,854,941.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/22/21 | 6 | LIGHTNING QUICK, LLC | ESTATE INTEREST IN CHEYENNE BRANDS HOLDINGS, LLC | 1129-000 | $120,000.00 | | $120,000.00 |
| 11/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.92 | $119,970.08 |
| 12/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $128.19 | $119,841.89 |
| 12/02/21 | 3 | JUSTIN LIGERI | ESTATE INTEREST IN KANGAROO MANUFACTURING, INC | 1129-000 | $170,000.00 | | $289,841.89 |
| 01/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $289.74 | $289,552.15 |
| 02/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $319.72 | $289,232.43 |
| 03/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $288.44 | $288,943.99 |
| 04/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $319.03 | $288,624.96 |

| | | |
|---|---|---|
| COLUMN TOTALS | $290,000.00 | $1,375.04 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $290,000.00 | $1,375.04 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $290,000.00 | $1,375.04 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2580 - Checking | $290,000.00 | $1,375.04 | $288,624.96 |
| | $290,000.00 | $1,375.04 | $288,624.96 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $290,000.00 |
| Total Gross Receipts: | $290,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 2:20-bk-13051-DPC                                                                              Date: May 13, 2022
Debtor Name: JUSTIN LIGERI
Claims Bar Date: 5/17/2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BRIAN J. MULLEN PO BOX 32247 PHOENIX, AZ 85064 | Administrative | | $0.00 | $17,750.00 | $17,750.00 |
| 100 2200 | BRIAN J. MULLEN PO BOX 32247 PHOENIX, AZ 85064 | Administrative | | $0.00 | $73.30 | $73.30 |
| 100 2700 | CLERK, U.S. BANKRUPTCY COURT 230 N. 1ST AVE, SUITE 101 PHOENIX, AZ 85003-1727 | Administrative | | $0.00 | $350.00 | $350.00 |
| 100 3210 | TERRY A. DAKE TERRY A. DAKE, LTD 20 EAST THOMAS RD. STE. 2200 PHOENIX, AZ 85012-3133 | Administrative | | $0.00 | $41,090.00 | $41,090.00 |
| 100 3220 | TERRY A. DAKE TERRY A. DAKE, LTD 20 EAST THOMAS RD. STE. 2200 PHOENIX, AZ 85012-3133 | Administrative | | $0.00 | $413.65 | $413.65 |
| 5B 280 5800 | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | Priority | | $0.00 | $140,175.35 | $140,175.35 |
| 1 300 7100 | MIE AL-MISSNED C/O BENJAMIN WRIGHT WRIGHT LAW OFFICES, PLC 2999 N. 44TH STREET, STE 600 PHOENIX, AZ 85018 | Unsecured | | $0.00 | $36,029.69 | $36,029.69 |
| 2 300 7100 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE AS AGENT PO BOX 71083 CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $283.01 | $283.01 |
| 3 300 7100 | WELLS FARGO BANK, N.A. P.O.BOX 29482 MAC S4101-08C SMALL BUSINESS LENDING DIVISION PHOENIX, AZ 85038-8650 | Unsecured | | $0.00 | $63,314.35 | $63,314.35 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 2:20-bk-13051-DPC                                   Date: May 13, 2022
Debtor Name: JUSTIN LIGERI
Claims Bar Date: 5/17/2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4 300 7100 | CLASSY FUN 6849 TAHITI DR. CYPRESS CA 90630 | Unsecured | | $0.00 | $40,321.62 | $40,321.62 |
| 5C 300 7100 | INTERNAL REVENUE SERVICE P.O. BOX 7317 PHILADELPHIA, PA 19101-7317 | Unsecured | | $0.00 | $210,351.68 | $210,351.68 |
| 6 300 7100 | WELLS FARGO BANK, N.A. WELLS FARGO CARD SERVICES PO BOX 10438, MAC F8235-02F DES MOINES, IA 50306-0438 | Unsecured | | $0.00 | $2,323.38 | $2,323.38 |
| 7 300 7100 | WELLS FARGO BANK, N.A. WELLS FARGO CARD SERVICES PO BOX 10438, MAC F8235-02F DES MOINES, IA 50306-0438 | Unsecured | | $0.00 | $72,861.10 | $72,861.10 |
| 8 300 7100 | JAKKS PACIFIC, INC. ATTN: GENERAL COUNSEL 2951 28TH STREET SANTA MONICA, CA 90405 | Unsecured | | $0.00 | $300,000.00 | $300,000.00 |
| 9 300 7100 | PORTFOLIO RECOVERY ASSOCIATES, LLC POB 12914 NORFOLK, VA 23541 | Unsecured | | $0.00 | $28,019.46 | $28,019.46 |
| 10 300 7100 | MORITT HOCK & HAMROFF LLP 400 GARDEN CITY PLAZA, STE 202 ATT: THERESA A. DRISCOLL, ESQ. GARDEN CITY, NY 11530 | Unsecured | | $0.00 | $118,904.07 | $118,904.07 |
| 12 300 7100 | PYOD, LLC RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Unsecured | | $0.00 | $1,117.01 | $1,117.01 |
| 13 300 7100 | SILVERTOP ASSOC INC., DBA RASTA IMPOSTA 600 E. CLEMENTS BRIDGE ROAD RUNNEMEDE NJ 08078 | Unsecured | | $0.00 | $300,000.00 | $300,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 2:20-bk-13051-DPC                                                                    Date: May 13, 2022
Debtor Name: JUSTIN LIGERI
Claims Bar Date: 5/17/2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 14 300 7100 | UNCLE MILTON, LLC 12424 WILSHIRE BLVD, 12TH FLOOR LOS ANGELES, CA 90066 | Unsecured | | $0.00 | $1,634,926.00 | $1,634,926.00 |
| 5D 380 7300 | INTERNAL REVENUE SERIVCE P.O. BOX 7317 PHILADELPHIA, PA 19101-7317 | Unsecured | | $0.00 | $60,796.72 | $60,796.72 |
| 5A 400 4110 | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | Secured | | $0.00 | $321,299.36 | $321,299.36 |
| 11 800 4110 | EIN CAP, INC 160 PEARL ST FL 5 NEW YORK, NY 10005 | Secured | | $0.00 | $893,747.40 | $893,747.40 |
| | Case Totals | | | $0.00 | $4,284,147.15 | $4,284,147.15 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 2:20-bk-13051-DPC
Case Name: JUSTIN LIGERI
Trustee Name: BRIAN J. MULLEN

Balance on hand        $      288,624.96

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 11 | EIN CAP, INC | $ 893,747.40 | $ 893,747.40 | $ 0.00 | $ 0.00 |
| 5A | INTERNAL REVENUE SERVICE | $ 321,299.36 | $ 321,299.36 | $ 0.00 | $ 228,948.01 |

Total to be paid to secured creditors      $    228,948.01

Remaining Balance      $    59,676.95

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRIAN J. MULLEN | $ 17,750.00 | $ 0.00 | $ 17,750.00 |
| Trustee Expenses: BRIAN J. MULLEN | $ 73.30 | $ 0.00 | $ 73.30 |
| Attorney for Trustee Fees: TERRY A. DAKE | $ 41,090.00 | $ 0.00 | $ 41,090.00 |
| Attorney for Trustee Expenses: TERRY A. DAKE | $ 413.65 | $ 0.00 | $ 413.65 |
| Charges: CLERK, U.S. BANKRUPTCY COURT | $ 350.00 | $ 0.00 | $ 350.00 |

Total to be paid for chapter 7 administrative expenses      $    59,676.95

Remaining Balance      $    0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $140,175.35 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5B | INTERNAL REVENUE SERVICE | $ 140,175.35 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors     $_____ 0.00

Remaining Balance     $_____ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,808,451.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | MIE AL-MISSNED | $ 36,029.69 | $ 0.00 | $ 0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | $ 283.01 | $ 0.00 | $ 0.00 |
| 3 | WELLS FARGO BANK, N.A. | $ 63,314.35 | $ 0.00 | $ 0.00 |
| 4 | CLASSY FUN | $ 40,321.62 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5C | INTERNAL REVENUE SERVICE | $ 210,351.68 | $ 0.00 | $ 0.00 |
| 6 | WELLS FARGO BANK, N.A. | $ 2,323.38 | $ 0.00 | $ 0.00 |
| 7 | WELLS FARGO BANK, N.A. | $ 72,861.10 | $ 0.00 | $ 0.00 |
| 8 | JAKKS PACIFIC, INC. ATTN: GENERAL COUNSEL | $ 300,000.00 | $ 0.00 | $ 0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 28,019.46 | $ 0.00 | $ 0.00 |
| 10 | MORITT HOCK & HAMROFF LLP | $ 118,904.07 | $ 0.00 | $ 0.00 |
| 12 | PYOD, LLC | $ 1,117.01 | $ 0.00 | $ 0.00 |
| 13 | SILVERTOP ASSOC INC., DBA RASTA IMPOSTA | $ 300,000.00 | $ 0.00 | $ 0.00 |
| 14 | UNCLE MILTON, LLC | $ 1,634,926.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $_____ 0.00

Remaining Balance     $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $60,796.72 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5D | INTERNAL REVENUE SERIVCE | $ 60,796.72 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors     $_____ 0.00

Remaining Balance     $_____ 0.00